## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DM OPERATIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AIRTHINGS AMERICA, INC. <br><br> Defendant. | Civ. No. 1:25-cv-08528-PKC <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff DM Operations, Inc. and Defendant Airthings America, Inc. (each a "Party" and collectively, the "Parties"), by counsel, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal with prejudice of this action in its entirety, with each Party to bear its own attorneys' fees, costs, and expenses.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: January 26, 2026

*/s/ Jordan Susman*
Jordan Susman
(Admitted Pro Hac Vice)
NOLAN HEIMANN LLP
16000 Ventura Blvd. Ste. 1200
Encino, CA 901436
jsusman@nolanheimann.com
*Attorneys for Plaintiff*

*/s/ Elizabeth Carter*
Elizabeth C. Carter
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
elizabeth.carter@hoganlovells.com
*Attorneys for Defendant*